## TULL v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 15, September Term, 1963 (Adv.).]

*Decided July 1, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion filed by Judge Duer in the lower court, the application of Thomas Tull for leave to appeal from the order dismissing his petition for post conviction relief from his imprisonment for first degree murder is hereby denied.

*Application denied.*